IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARIDA B. RAHMAN, | : | No. 3:22cv2015 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| FRED WRIGHT, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, to wit, this ___29th___ day of November 2023, it is hereby **ORDERED** as follows:

1) Plaintiff's objections to Magistrate Judge Saporito's Report and Recommendation (Doc. 7) are **OVERRULED**;

2) Magistrate Judge Saporito's Report and Recommendation (Doc. 6) is **ADOPTED**;

3) The plaintiff's complaint is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

4) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court